STATE of Missouri, Respondent,

v.

**Randy L. CLARK, Appellant.**

**No. WD 59795.**

Missouri Court of Appeals,
Western District.

May 14, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Tara L. Jensen, Assistant Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before: ELLIS, P.J., and SMITH and HOWARD, JJ.

## ORDER

PER CURIAM.

Randy L. Clark appeals from his convictions of one count of involuntary manslaughter, § 565.024, and two counts of assault in the second degree, § 565.060. Clark's sole point on appeal is that the trial court erred in overruling his motion to suppress blood evidence seized from him because the State failed to prove that the arrest was legal and that his consent was given knowingly and voluntarily.

Affirmed. Rule 30.25(b).